UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-59-D-BM-2

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| KELLY NICOLE JOHNSON | |

On motion of the Defendant, Kelly Nicole Johnson, and for good cause shown, it is hereby ORDERED that DE 69 be sealed until further notice by this Court.

IT IS SO ORDERED.

This __28__ day of August, 2025.

JAMES C. DEVER III
United States District Judge