UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-59-D-BM-2

UNITED STATES OF AMERICA

v.                                                    ORDER TO SEAL

KELLY NICOLE JOHNSON

On motion of the Defendant, Kelly Nicole Johnson, and for good cause shown, it is

hereby ORDERED that DE 107 be sealed until further notice by this Court.

IT IS SO ORDERED.

This **24** day of April, 2026.

JAMES C. DEVER III
United States District Judge