# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

### NO. 5:25-CR-59-D-BM-2

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| KELLY NICOLE JOHNSON | |

On motion of the Defendant, Kelly Nicole Johnson, and for good cause shown, it is

hereby ORDERED that DE 116 be sealed until further notice by this Court.

IT IS SO ORDERED.

This __16__ day of June, 2026.

_____
JAMES C. DEVER III
United States District Judge